NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JAY CAMERON THOMAS, *Petitioner*.

No. 1 CA-CR 19-0333 PRPC
FILED 3-5-2020

Petition for Review from the Superior Court in Maricopa County
No. CR2008-173994-001 DT
CR2009-174291-001 DT
CR2011-105500-001 DT
CR2013-000500-001 DT
The Honorable Kathleen H. Mead, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Andrea L. Kever
*Counsel for Respondent*

Jay Cameron Thomas, Eloy
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Lawrence F. Winthrop, Judge Maria Elena Cruz and Judge David B. Gass delivered the decision of the Court.

---

**PER CURIAM:**

**¶1**      Petitioner Jay Cameron Thomas seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is petitioner's second successive petition.

**¶2**      Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief.  *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

**¶4**      We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA